**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LEWIS LEROY ALBERY,

    Plaintiff,

vs.                                            CASE NO. 6:11-CV-437-ORL-19GJK

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 30, filed June 7, 2012). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 30) is **ADOPTED AND AFFIRMED.** The final decision of the Commissioner is hereby **REVERSED and REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). The Clerk is directed to **ENTER JUDGMENT IN FAVOR OF PLAINTIFF** and to **CLOSE THIS CASE**.

**DONE AND ORDERED** at Orlando, Florida, this ___3rd___ day of July, 2012.

*/s/ Patricia C. Fawsett*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record